GUY FULTON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 9362.   Promulgated April 17, 1928.

*William W. Hammond, Esq.,* and *Robert N. Dedaker, C. P. A.,* for the petitioner.

*W. Frank Gibbs, Esq.,* for the respondent.

642

**OPINION.**

MURDOCK: In the decision of this case we will follow the rule laid down in *H. B. Hill*, 3 B. T. A. 761. See also *H. C. Couch*, 1 B. T. A. 103.

*Judgment will be entered for the petitioner.*